# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Vigilos, LLC,** | Civil Action No. 2:11-cv-217-DF |
| **Plaintiff,** | |
| v. | |
| **ADT Security Services, Inc., et al.,** | |
| **Defendants.** | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Vigilos, LLC and defendant Westec Intelligent Surveillance, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**PATENT IN SUIT SETTLEMENT AGREEMENT**," with each party to bear its own costs, expenses and attorneys fees.

Dated:  October 14, 2011

Respectfully submitted,

By: /s/ *Bruce D. Kuyper*
Marc A. Fenster
California State Bar No. 181067
E-mail: mfenster@raklaw.com
Bruce D. Kuyper
California State Bar No. 144969
Email: bkuyper@raklaw.com
Benjamin T. Wang
California State Bar No. 228712
Email: bwang@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  310-826-7474
Facsimile:  310-826-6991

Respectfully submitted,

By: /s/ *Jason W. Cook*
Jason W. Cook (Texas Bar No. 24028537)
Dwayne C. Norton (Texas Bar No. 24076139)
Shaun W. Hassett (Texas Bar No. 24074372)
jason.cook@alston.com
dwayne.norton@alston.com
shaun.hassett@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899

Attorneys for Defendant
Westec Intelligent Surveillance Inc.

Andrew W. Spangler
State Bar No. 24041960
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone:  903-753-9300
Facsimile:  903-553-0403
spangler@spanglerlawpc.com

Attorneys for Plaintiff
Vigilos, LLC

**CERTIFICATE OF SERVICE**

     I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on October 14, 2011 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated:  October 14, 2011                       */s/ Bruce D. Kuyper*
                                                             Bruce D. Kuyper