**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **Vigilos, LLC,** | **Civil Action No. 2:11-cv-217-DF** |
| **Plaintiff,** | |
| **v.** | |
| **ADT Security Services, Inc., et al.,** | |
| **Defendants.** | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Vigilos LLC, and defendant, Westec Intelligent Surveillance, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Vigilos LLC, and defendant, Westec Intelligent Surveillance, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENT IN SUIT SETTLEMENT AGREEMENT**."

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 18th day of October, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE